*Rosenberg, Shpall & Zeigen, APLC*
David Rosenberg (SBN# 99105)
rsalaw@yahoo.com
Annette Farnaes (SBN# 128701)
afrsalaw@yahoo.com
750 B Street, Suite 3210
San Diego, California  92101
Telephone: (619) 232-1826
Facsimile: (619) 232-1859

*Farnaes & Lucio, APC*
Malte L.L. Farnaes  (SBN 222608)
malte@farnaeslaw.com
Christina M. Lucio  (SBN 253677)
clucio@farnaeslaw.com
135 Liverpool Drive, Suite C
Cardiff, California 92007
Telephone:     (760) 942-9431

*Co-Counsel for Defendants:*
Stemgenex, Inc.; Stemgenex Medical Group,
Inc.; Stem Cell Research Centre, Inc.; Scott
Sessions, MD,; Rita Alexander; Stem
Cells. . . The Human Repair Kit; Stemgenex
Biological Laboratories and Stem Genetic

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and Does 1-100,<br><br>                    Defendants. | Case No.  **'16CV2816 AJB NLS**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §. 1441(A) & (B) – FEDERAL QUESTION AND DIVERSITY**<br><br>(Case No.  37-2016-00028994-CU-NP-CTL, Superior Court of the State Of California, San Diego County, Central Division) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE THAT Defendants STEMGENEX, INC.; STEMGENEX MEDICAL GROUP, INC., STEM CELL RESEARCH CENTRE, INC., SCOTT SESSIONS, M.D., and  RITA ALEXANDER, STEM CELLS . . . THE HUMAN REPAIR KIT; STEMGENEX BIOLOGICAL LABORATORIES, LLC; and STEM GENETIC  (Collectively "Defendants") hereby jointly remove the above captioned matter from the Superior Court of the State of California, San Diego County - Central Division, Case No. 37-2011-00083232-CU-NP-CTL (the "State Court Action") to this Court pursuant to 28 U.S.C. Sec. 1441(a) and (b).

**AS GROUNDS THEREFORE**, Defendants allege as follows:

1.     On August 22, 2016 the State Court Action was commenced in the Superior Court of the State of California in and for the County of San Diego. Defendants were not served with Plaintiffs' initial complaint. A true and correct copy of the Complaint is attached hereto as Exhibit "A".

2.     On October 17, 2016  Defendants acknowledged service of Plaintiff's First Amended Complaint.  A Copy of Plaintiff's First Amended Complaint together with the Proof of Service with attached Notice of Acknowledgement of Service of Summons for each Defendant are attached hereto as Exhibit "B".

3.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C.  §1441(a) in that it arises under 18 U.S.C. §1961, et seq., (RICO).

4.     In addition, and as separate grounds for removal, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. 1332(d) (CAFA) and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b)  in that the named Plaintiff Selena Moorer is a

/ / /

resident of the State of Florida and Defendants are residents of California and the amount in controversy exceeds the sum of $5,000,000.

5.    Plaintiffs purport to represent "[a]ll persons, nationwide, who purchased Stem Cell Treatment from StemGenex between December 8, 2013 and present." [FAC at ¶64.] Plaintiffs assert that "the proposed putative Class is made-up of at least several hundred, if not thousands, of residents of California and other U.S. states." [FAC at ¶69.]

6.    Plaintiffs further assert that "[a]ll consumers must pay a non-refundable initial deposit and then an additional payment for a total base price of $14,900 per treatment, exclusive of "add-ons." [FAC at ¶47.]

7.    All named Defendants hereby join in the Notice of Removal.

8.    All prior process and pleadings, other than the Complaint and the First Amended Complaint, are attached hereto as Exhibit "C".

**WHEREFORE**, notice is given that this action is removed from the Superior Court of the State of California, San Diego County – Central Division, to the United States District Court, Southern District.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF REMOVAL

1

2   This notice of removal is signed pursuant to Federal Rules of Civil

3   Procedure, Rule 11; it is well grounded in fact and warranted by law.

4   Respectfully submitted this 16th day of November, 2016.

5                                                     **FARNAES & LUCIO**
                                                     A Professional Corporation
6
                                                     By: */S/ Malte L. L. Farnaes*
7                                                         Malte L. L. Farnaes, Esq.

8                                                     **ROSENBERG, SHPALL & ZEIGEN**
                                                     A Professional Legal Corporation
9
                                                     By: */S/ Annette Farnaes*
10                                                        Annette Farnaes, Esq.

11                                                    *Co-Counsel for Defendants:*
                                                     Stemgenex, Inc.; Stemgenex Medical
12                                                   Group, Inc.; Stem Cell Research
                                                     Centre, Inc.; Scott Sessions, MD,; Rita
13                                                   Alexander; Stem Cells. . . The Human
                                                     Repair Kit; Stemgenex Biological
14                                                   Laboratories and Stem Genetic

15

16

17  *A copy of the foregoing will be filed with
    the Clerk of the Superior Court of the*
18  *State of California, County of San
    Diego, Central Division this 16th day of*
19  *November, 2016;*

20
    *A copy of the foregoing will be sent via
21  Federal Express overnight this 16th day
    of November, 2016 to*:
22

23  Honorable Ronald L. Styn
24  Superior Court
25  330 West Broadway
    Department C-62
26  San Diego, CA 92101

27
    / / /
28

                                      - 4 -    NOTICE OF REMOVAL

1

2

*A copy of the foregoing will be sent via*
3   *Federal Express overnight this 16th day*
4   *of November, 2016 to:*

5   **_Co-Counsel for Plaintiffs and Putative_**
6   **_Class_:**

7   Janice F. Mulligan
8   ***MULLIGAN, BANHAM, & FINDLEY***
    2442 Fourth Avenue, Suite 100
9   San Diego, California 92101

10
    Mark Pope
11  Harvey C. Berger
12  ***POPE BERGER WILLIAMS &***
    ***REYNOLDS, LLP***
13  401 "B" Street, Suite 2000
14  San Diego, California 92101

15  *A copy of the foregoing will be sent via*
16  *Federal Express overnight this 16th day*
    *of November, 2016 to:*
17

18  **_Counsel for Defendant ANDRE P._**
    **_LALLANDE, D.O_.:**
19

20  Clark R. Hudson
    ***NEIL DYMOTT FRANK MCFALL***
21  ***TREXLER MCCABE & HUDSON***
22  1010 2nd Avenue, Suite 2500
    San Diego, California 92101
23

24  / / /

25  / / /

26
    / / /
27

28  / / /

1   Executed this 16th day of November,
2   2016 at San Diego, California.

3

4   ***FARNAES & LUCIO***
    A Professional Corporation

5

6   By: */S/ Malte L.L. Farnaes*
7        Malte L. L. Farnaes, Esq.

8

9   *Co-Counsel for Defendants:*
    Stemgenex, Inc.; Stemgenex Medical
10  Group, Inc.; Stem Cell Research
    Centre, Inc.; Scott Sessions, MD,; Rita
11  Alexander; Stem Cells. . . The Human
    Repair Kit; Stemgenex Biological
12  Laboratories and Stem Genetic

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL