Clark R. Hudson, SBN 149329
Jonathan R. Ehtessabian, SBN 243211
Nicole T. Melvani, SBN 281718
NEIL, DYMOTT, FRANK, MCFALL
TREXLER, MCCABE & HUDSON
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
**P** 619.238.1712 / **F** 619.238.1562

Attorneys for Defendant
ANDRE P. LALLANDE, D.O.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARACH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, DO, an Individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and DOES 1-100,<br><br>Defendants. | CASE NO. 3:16-CV-2816-AJB-NLS<br><br>DEFENDANT ANDRE P. LALLANDE, D.O.'S NOTICE OF CONSENT TO NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) & (B) – FEDERAL QUESTION AND DIVERSITY<br><br>(Case No. 37-2016-00028994-CU-NP-CTL, Superior Court of the State of California, San Diego County, Central Division) |

**PLEASE TAKE NOTICE THAT** Defendant ANDRE P. LALLANDE, D.O. ("Defendant"), a citizen of the State of California, hereby consents to the removal of the above-captioned matter from the Superior Court of the State of California, San Diego County – Central Division, Case No. 37-2011-00083232-CU-NP-CTL (the "State Court Action") to this Court pursuant 28 U.S.C. § 1441(a) and (b).

Dated: November 18, 2016

NEIL, DYMOTT, FRANK, MCFALL
TREXLER, MCCABE & HUDSON, APLC

By: s/ Clark Hudson
Clark R. Hudson
Jonathan R. Ehtessabian
Nicole T. Melvani
Attorneys for Defendant
ANDRE P. LALLANDE, D.O.

1

1  Clark R. Hudson, SBN 149329
   David P. Burke, SBN 200120
2  Danielle A. Eisner, SBN 292658
   NEIL, DYMOTT, FRANK, MCFALL
3  TREXLER, MCCABE & HUDSON
   A Professional Law Corporation
4  1010 Second Avenue, Suite 2500
   San Diego, CA 92101-4959
5  P 619.238.1712 / F 619.238.1562

6  Attorneys for Defendant,
   HUAN A. LE, M.D.
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated, | CASE NO. 3:16-CV-2816-AJB-NLS |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARACH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, DO, an Individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and DOES 1-100, | (Case No. 37-2016-00028994-CU-NP-CTL, Superior Court of the State of California, San Diego County, Central Division) |
| Defendants. | |

21       I, Claudia Reta, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the county of San Diego, state of California, in which county the within-mentioned mailing occurred. My business address is NEIL, DYMOTT, FRANK, MCFALL, TREXLER, MCCABE & HUDSON APLC, 1010 Second Avenue, Suite 2500, San Diego, California, 92101; my email address is creta@neildymott.com.

27  / / /

28  / / /

---
1
CERTIFICATE OF SERVICE

On November 18, 2016, I served the document(s) described as follows: **DEFENDANT ANDRE P. LALLANDE, D.O.'S CONSENT TO NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) & (B) – FEDERAL QUESTION AND DIVERSITY**

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT: STEMGENX MEDICAL GROUP, INC., STEMGENEX, INC., STEM CELL RESEARCH CENTRE, INC. |
|---|---|
| Janice F. Mulligan, Esq.<br>Elizabeth A. Banham, Esq.<br>MULLIGAN BANHAM & FINDLEY<br>2442 Fourth Avenue, Ste. 100<br>San Diego, CA 92101<br>T: 619.238.8700/F:619.238.8701<br>jfmulliganesq@gmail.com<br>banham@janmulligan.com | David Rosenberg, Esq.<br>750 B Street, Suite 3210<br>San Diego, CA 92101<br>T: 619.232.1826/F: 619.232.1859<br>drosenberg@rszlaw.com |
| **SERVED VIA MAIL** | **SERVED VIA MAIL** |
| | **CO-COUNSEL FOR STEMGENX:**<br>Malte L. L. Farnaes, Esq.<br>FARNAES & LUCIO<br>135 Liverpool Drive, Suite C<br>Cardiff, CA 92007<br>T: 760.942.9431<br>malte@farnaeslaw.com |
| | **SERVED VIA ECF** |

☒ **CM/ECF** – by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☒ **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 18, 2016, at San Diego, California.

/s/Claudia Reta
Claudia Reta