***Rosenberg, Shpall & Zeigen, APLC***
David Rosenberg (SBN# 99105)
rsalaw@yahoo.com
Annette Farnaes (SBN# 128701)
afrsalaw@yahoo.com
750 B Street, Suite 3210
San Diego, California 92101
Telephone: (619) 232-1826
Facsimile: (619) 232-1859

***Farnaes & Lucio, APC***
Malte L.L. Farnaes (SBN 222608)
malte@farnaeslaw.com
Christina M. Lucio (SBN 253677)
clucio@farnaeslaw.com
135 Liverpool Drive, Suite C
Cardiff, California 92007
Telephone: (760) 942-9431

Co-Counsel for Defendants
Stemgenex, Inc.; Stemgenex Medical Group,
Inc. Stem Cell Research Centre, Inc.;
Scott Sessions, M.D.; Rita Alexander,
Stem Cells. . .The Human Repair Kit;
Stem Genex Biological Laboratories and Stem Genetic

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STEMGENEX MEDICAL GROUP, INC., a California corporation; STEMGENEX INC., a California corporation; STEM CELL RESEARCH CENTRE, INC., a California corporation; ANDRE P. LALLANDE, D.O.; an individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and Does 1-100,<br>　　　　　Defendants. | **CASE NO: 3:16-cv-02816 AJB NLS**<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

/ / /

/ / /

/ / /

---

*-1-*
*Notice of Appearance of Counsel*

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in the Court and I appear as co-counsel for the following Defendants: Stemgenex, Inc.; Stemgenex Medical Group, Inc. Stem Cell Research Centre, Inc.; Scott Sessions, M.D.; Rita Alexander, Stem Cells…The Human Repair Kit; Stem Genex Biological Laboratories and Stem Genetic.

*/S/ David Rosenberg*

Date: November 21, 2016

Attorney's Signature

David Rosenberg, SBN 99105
Printed Name and Bar No.

***Rosenberg, Shpall & Zeigen, APLC***
Symphony Towers
750 "B" Street, Suite 3210
San Diego, California 92101
Firm Name/Address

rsalaw@yahoo.com
E-Mail Address

Telephone: (619) 232-1826
Facsimile: (619) 232-1859

## *Certificate of Service*

I, Laura M. Swathwood, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I am employed in, or am a resident of the County of San Diego, California where the mailing occurs. My business address is 750 "B" Street, Suite 3210, San Diego, California 92101. I caused the following documents to be served on November 21, 2016.

### *Notice of Appearance of Counsel*

upon the following counsel listed at the Court's list of recipients as follows:

Janice F. Mulligan
***MULLIGAN, BANHAM, & FINDLEY***
2442 Fourth Avenue, Suite 100
San Diego, California 92101

Mark Pope
Harvey C. Berger
***POPE BERGER WILLIAMS & REYNOLDS, LLP***
401 "B" Street, Suite 2000
San Diego, California 92101

Clark R. Hudson
***NEIL DYMOTT FRANK MCFALL TREXLER MCCABE & HUDSON***
1010 2nd Avenue, Suite 2500
San Diego, California 92101

___  **VIA CM/ECF ELECTRONIC FILING**: I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the U.S. District Court for the Southern District of California and concurrently caused the above-entitled document(s) to be sent to the recipients listed pursuant to the Service List maintained by and exists on that database. The file transmission reported as complete and a copy of the Receipt Page/Confirmation will be maintained with the original document(s) in this office.

 XX   **MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practices of collecting and processing correspondence to be deposited with the United States Postal Service.

 XX   **FEDERAL**: I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 21st day of November, 2016 at San Diego, California.

*/S/ Laura M. Swathwood*

_____
Laura M. Swathwood