**ROSENBERG, SHPALL & ZEIGEN, APLC**
David Rosenberg (SBN# 99105)
rsalaw@yahoo.com
Annette Farnaes (SBN# 128701)
afrsalaw@yahoo.com
750 B Street, Suite 3210
San Diego, California  92101
Phone: (619) 232-1826
Fax:   (619) 232-1859

Attorneys for Defendants

**Farnaes & Lucio, APC**
Malte L.L. Farnaes  (SBN 222608)
malte@farnaeslaw.com
Christina M. Lucio  (SBN 253677)
clucio@farnaeslaw.com
135 Liverpool Drive, Suite C
Cardiff, California 92007
Telephone:     (760) 942-9431

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and Does 1-100,<br><br>Defendants. | Case No.  3:16-cv-02816 AJB NLS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1

TO THE CLERK OF THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in the above-entitled Court and I appear as co-counsel for the following Defendants in this action: STEMGENEX, INC.; STEMGENEX MEDICAL GROUP, INC., STEM CELL RESEARCH CENTRE, INC., SCOTT SESSIONS, M.D., RITA ALEXANDER, STEM CELLS . . . THE HUMAN REPAIR KIT, STEMGENEX BIOLOGICAL LABORATORIES, LLC; and STEM GENETIC (collectively "Defendants").

Respectfully submitted this 22nd Day of November, 2016.

                                                      FARNAES & LUCIO,
A Professional Corporation

By: /s/ *Christina M. Lucio*
    Christina M. Lucio
    Attorney for Defendants

Christina M. Lucio, SBN 253677

Printed Name and Bar No.

**Farnaes & Lucio, APC**
135 Liverpool Drive, Suite C
Cardiff, California 92007

Firm Name/Address

clucio@farnaeslaw.com
E-Mail Address

Telephone: (760) 942-9431
Facsimile:  (760) 452-4421

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby verify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that on November 22, 2016, I caused be served a copy of the following documents:

1. **NOTICE OF APPEARANCE OF COUNSEL**

Janice F. Mulligan, Esquire
***MULLIGAN, BANHAM, & FINDLEY***
2442 Fourth Avenue, Suite 100
San Diego, California 92101
Facsimile: (619) 238-8701

Mark Pope, Esquire
Harvey C. Berger, Esquire
***POPE BERGER WILLIAMS & REYNOLDS, LLP***
401 "B" Street, Suite 2000
San Diego, California 92101
Facsimile: (619) 236-9677

Clark R. Hudson, Esquire
***NEIL DYMOTT FRANK MCFALL TREXLER MCCABE & HUDSON***
1010 2nd Avenue, Suite 2500
San Diego, California 92101
Facsimile: (619) 238-1562

***Rosenberg, Shpall & Zeigen, APLC***
David Rosenberg
750 B Street, Suite 3210
San Diego, California 92101
Facsimile: (619) 232-1859

XX  **MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practices of collecting and processing correspondence to be deposited with the United States Postal Service.

XX  **VIA CM/ECF ELECTRONIC FILING**: I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the U.S. District Court for the District of Vermont and concurrently caused the above-entitled document(s) to be sent to the recipients listed pursuant to the Service List maintained by and exists on that database. The file transmission reported as complete and a copy of the Receipt Page/Confirmation will be maintained with the original document(s) in this office.

    ____    **OVERNIGHT DELIVERY SERVICE**: I caused such document(s) to be delivered via <u>Federal Express</u> in a package designated by Federal Express with delivery fees provided for the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be picked up by an employee of Federal Express.

    ____    **FACSIMILE**: I caused such document(s) to be served via facsimile on the interested parties at their designated facsimile numbers. The facsimile numbers used complied with California Rules of Court, Rule 2003 and no error was reported by the machine. Pursuant to the California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission.

    ____    **EMAIL**: I caused such document(s) to be served via email on the interested parties at their designated email addresses listed above.

    ____    **HAND-DELIVERY**: I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be hand-delivered to the addressee(s) as designated via AMERICAN MESSENGER SERVICE.

  XX    **FEDERAL**: I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22nd day of November, 2016 at Cardiff, California.

                                        /Malte L. L. Farnaes/

                                        Malte L. L. Farnaes