UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:16-cv-02816-AJB-NLS<br><br>**ORDER RE: EARLY NEUTRAL EVALUATION CONFERENCE SCHEDULING** |

On November 28, 2016, Plaintiffs Selena Moorer and Stephen Ginsberg filed a request for an Early Neutral Evaluation ("ENE") conference, and stated they intend to request preference in trial setting. (Dkt. No. 12.) On December 2, 2016, Defendants filed an objection to Plaintiffs' request for an ENE and stated they reserve their right to object and oppose the request for preferential trial setting. (Dkt. No. 17.)

ENEs are typically held within 45-days of the filing of an answer, though the Civil Local Rules do permit counsel for any party to request the Court to hold an ENE before an answer has been filed. Civ. L.R. 16.c.1. Having reviewed and considered the papers submitted, the Court declines to schedule an ENE at this time. Defendants have filed a motion to dismiss, and they assert they are not in a position to reasonably discuss the case

1

schedule or settlement because the parties, claims and defense have not yet been determined. Given the posture of the case, the Court finds it appropriate to decline to set an ENE until a later date. If an answer is filed, the Court will schedule an ENE as appropriate.

**IT IS SO ORDERED.**

Dated: December 5, 2016

Hon. Nita L. Stormes
United States Magistrate Judge