1  **ROSENBERG, SHPALL & ZEIGEN, APLC**
   David Rosenberg (SBN# 99105)
2  rsalaw@yahoo.com
   Annette Farnaes (SBN# 128701)
3  afrsalaw@yahoo.com
   750 B Street, Suite 3210
4  San Diego, California  92101
   Phone: (619) 232-1826
5  Fax:   (619) 232-1859
6
7  **Farnaes & Lucio, APC**
   Malte L.L. Farnaes  (SBN 222608)
8  malte@farnaeslaw.com
   Christina M. Lucio  (SBN 253677)
9  clucio@farnaeslaw.com
   135 Liverpool Drive, Suite C
10 Cardiff, California 92007
   Telephone:    (760) 942-9431
11
   Attorneys for Defendants
12
13 *Additional counsel listed on following page*

14                UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  SELENA MOORER, individually and on behalf of all others similarly situated, | Case No.  3:16-cv-02816-AJB-NLS |
| 18 | |
| 19                Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| 20                v. | |
| 21  STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and Does 1-100, | **[FED. R. CIV. P. 8(A), 9(B) AND 12(B)]** |
| 22 | |
| 23 | Date:        April 6, 2017 |
| 24 | Time:        2:00 p.m. |
| 25 | Courtroom: 3B (3rd Floor- Schwartz) |
| 26                Defendants. | Judge:       Hon. Anthony J. Battaglia |

27
28                                  - 1 -

## **Additional Counsel**

Clark R. Hudson, SBN 149329
Jonathan R. Ehtessabian, SBN 243211
Nicole T. Melvani, SBN 281718
NEIL, DYMOTT, FRANK, MCFALL
TREXLER, MCCABE & HUDSON
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
**P** 619.238.1712 / **F** 619.238.1562

Attorneys for Defendant
ANDRE P. LALLANDE, D.O.

- 2 -

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 6, 2017, at 2:00 p.m., or as soon after that time as the matter may be heard, in Courtroom 3B of the United States District Court for the Southern District of California, Edward J. Schwartz U.S. Courthouse, located at 221 West Broadway, San Diego, California 92101, Defendants STEMGENEX, INC., STEMGENEX MEDICAL GROUP, INC., STEM CELL RESEARCH CENTRE, INC., ANDRE P. LALLANDE, D.O., and RITA ALEXANDER (collectively "Defendants") will and hereby do move this Court to dismiss Plaintiffs' Second Amended Complaint against Defendants in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 8(a), 9(b) and 12(b)(6). This motion is made on the ground that Plaintiffs' claims are barred for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the contents of the record and the Court file, and any further written or oral submissions that may be presented at or before the hearing on this Motion.

Respectfully submitted this 16th day of January, 2017.

FARNAES & LUCIO,
A Professional Corporation


By: /Malte L. L. Farnaes/
    Malte L. L. Farnaes
    Attorney for Defendants

ROSENBERG, SHPALL & ZEIGEN
A Professional Legal Corporation


By: /Annette Farnaes/
    Annette Farnaes
    Attorney for Defendants

NEIL, DYMOTT, FRANK, MCFALL TREXLER, MCCABE, & HUDSON, APLC


By: /Clark R. Hudson/
    Clark R. Hudson
    Attorney for Defendant
    ANDRE P. LALLANDE, D.O.