Janice F. Mulligan (State Bar No. 99080)
mulligan@janmulligan.com
Elizabeth A. Banham (State Bar No. 131734)
banham@janmulligan.com
Brian K. Findley (State Bar No. 251172)
findley@janmulligan.com
**MULLIGAN, BANHAM & FINDLEY**
2442 Fourth Avenue, Suite 100
San Diego, CA 92101
Tel: (619)238-8700
Fax: (619)238-8701

A. Mark Pope (State Bar No. 77798)
pope@popeberger.com
Harvey C. Berger (State Bar No. 102973)
berger@popeberger.com
**POPE, BERGER, WILLIAMS & REYNOLDS, LLP**
401 B Street, Suite 2000
San Diego, California 92101
619/595-1366; Fax 619/236-9677

Attorneys for Plaintiffs and the Putative Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an Individual; SCOTT SESSIONS, M.D., an Individual; RITA ALEXANDER, an Individual; and DOES 1-100,<br><br>     Defendants. | Case No. 3:16-cv-02816-AJB-NLS<br><br>**DECLARATION OF JANICE F. MULLIGAN, ESQ., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:    April 13, 2017<br>Time:   2:00 p.m.<br>Judge:  Hon. Anthony J. Battaglia<br>Dept:   3B (3rd Floor-Schwartz) |

- 1 -
DECLARATION OF JANICE F. MULLIGAN, ESQ., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT
3:16-cv-02816-AJB NLS

I, JANICE F. MULLIGAN, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and I am admitted to practice before the United States District Court for the Southern District of California. I am one of the attorneys privileged to represent the Plaintiffs in this matter.

2. Defendants claim that their reputations in the community are harmed by this lawsuit and a statement I made to the *Los Angeles Times* newspaper prior to the filing of this case, "about bringing this consumer class action lawsuit to combat 'snake oil'." (Defendants' Memo of Points & Authorities in Support of Motion to Dismiss p. 8, 6-11). Defendants take my statement completely out of context and fail to note that I did not mention them. The exact quote correctly attributed to me provides:

> "**Stem cell scientists include the best and the brightest doing great work,** and I admire them," says Janice Mulligan, a San Diego attorney currently assembling evidence for a **potential** class-action lawsuit against **unnamed stem cell clinics**. "At the other end of the scale, there's snake oil." *Emphasis supplied.*[1]

While Stemgenex is one clinic mentioned by the *L.A. Times* reporter who wrote the article, *the article also discusses 570 clinics around the U.S. including clinics located in Beverly Hills, Phoenix and New York, none of which are places where Defendants in this action are domiciled.*

3. Because the Defendants do not dispute the authenticity of the article itself, *as evidenced by Defendants expressly and specifically referencing it in their*

---

[1] Attached as Exhibit "1" to this declaration is a true and correct copy of the Los Angeles Times newspaper article, published on August 19, 2016. This article is available on-line at http://www.latimes.com/business/hiltzik/la-fi-hiltzik-stem-cell-scam-20160821-snap-story.html

*moving papers*, it is respectfully requested that the attached newspaper article be considered by this Court on the pending Motion to Dismiss.

4. It is not my intention to harm any legitimate business of Defendants. It is the intention of this firm, co-counsel and Plaintiffs to address the misrepresentations and unlawful activity of Defendants, to have them cease such activity immediately, and to redress this vulnerable, aging and ill class of consumers who relied on Defendants' misrepresentations and paid a lot of money to Stemgenex in that reliance.

5. Neither I nor my firm sought newspaper, radio or television publicity in this matter, nor have I or anyone under my direction ever initiated press contact of any kind with regard to this suit, *although such efforts would admittedly help to identify class members and additional evidence.*

6. Because of the myriad of issues surrounding stem cells currently, there is much media attention in this area, and many other articles before and after Plaintiffs' filing of this lawsuit have discussed StemGenex. We do not have control over the press, its content nor its headlines.

7. I was contacted on multiple occasions by Michael Hiltzik, the Los Angeles Times Reporter who published the article in question. **I have also received unsolicited calls with requests for interviews from:** *NPR, Buzzfeed, Nature, Dr. Oz Show, ABC News, Kaiser Health News* **and many other media sources with local, national and even international readership.** I have declined all such other interviews with the exception of a local affiliate of KPBS who called me because of the FDA hearings that were going forward late last year that *StemGenex was publicizing*, and I was quoted generically in that article.

8. We received a call from *Law 360*, an on-line legal news service, asking for a response about Defendants' Motion to Dismiss. My law partner Brian Findley only generally reiterated the allegations of the Complaint to them. This article

is also available on-line. Mr. Findley also directly received a call from *Harpers Bazaar*, and I understand he forwarded a copy of the Second Amended Complaint in response to their request, and declined any formal public comment.

9. Given the attention the field of stem cell medicine is receiving, and the particular activities of these Defendants, if Plaintiffs or their counsel desired publicity, there are ample opportunities for Plaintiffs to be heard in the media on a regular basis. While there may come a time when such publicity is appropriate, we prefer to have this case heard and the evidence judged by this Court and a jury.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   2-7-17                              */s/ Janice F. Mulligan*
                                             JANICE F. MULLIGAN

- 4 -
DECLARATION OF JANICE F. MULLIGAN, ESQ., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT
3:16-cv-02816-AJB NLS