1   Janice F. Mulligan (State Bar No. 99080)
    mulligan@janmulligan.com
2   Elizabeth A. Banham (State Bar No. 131734)
    banham@janmulligan.com
3   Brian K. Findley (State Bar No. 251172)
    findley@janmulligan.com
4   **MULLIGAN, BANHAM & FINDLEY**
    2442 Fourth Avenue, Suite 100
5   San Diego, CA 92101
    Tel: (619)238-8700
6   Fax: (619)238-8701

7   A.Mark Pope (State Bar No. 77798)
    pope@popeberger.com
8   Harvey C. Berger (State Bar No. 102973)
    berger@popeberger.com
9   **POPE, BERGER, WILLIAMS & REYNOLDS, LLP**
    401 B Street, Suite 2000
10  San Diego, California 92101
    619/595-1366; Fax 619/236-9677

11
    Attorneys for Plaintiffs and the Putative Class
12
                **UNITED STATES DISTRICT COURT**
13
                **SOUTHERN DISTRICT OF CALIFORNIA**
14

15  SELENA MOORER, individually and on        ) Case No. 3:16-cv-02816-AJB-NLS
    behalf of all others similarly situated,    )
16                                              )
                                                ) **REQUEST FOR JUDICIAL**
17          Plaintiffs,                         ) **NOTICE** IN SUPPORT OF
                                                ) PLAINTIFFS' OPPOSITION TO
18  vs.                                         ) DEFENDANTS' MOTION TO
                                                ) DISMISS SECOND AMENDED
19                                              ) COMPLAINT
    STEMGENEX MEDICAL GROUP,                    )
20  INC., a California Corporation;             )
    STEMGENEX, INC., a California               ) Date:     April 13, 2017
21  Corporation; STEM CELL RESEARCH             ) Time:     2:00 p.m.
    CENTRE, INC., a California Corporation;     ) Judge:    Hon. Anthony J. Battaglia
22  ANDRE P. LALLANDE, D.O., an                 ) Dept:     3B (3rd Floor-Schwartz)
    Individual; SCOTT SESSIONS, M.D., an        )
23  Individual; RITA ALEXANDER, an             )
    Individual; and DOES 1-100,                 )
24                                              )
                                                )
25                                              )
            Defendants.                         )
26  _____            )
27

28                                  - 1 -
    **REQUEST FOR JUDICIAL NOTICE** IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
    DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
                                                    3:16-cv-02816-AJB NLS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence Rule 201, Plaintiffs request that this Court take judicial notice of the websites identified below in connection with Plaintiffs' Opposition to Defendants' Motion to Dismiss Second Amended Complaint:

Federal Rule of Evidence 201 provides that a court may take judicial notice at any stage of the proceeding of the following records, among others:

> (b)… The court may judicially notice a fact that is not subject to reasonable dispute because it:…(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Under the authority above, Plaintiffs respectfully request that this Court take judicial notice of the following documents for wording and presentation at various dates in the past, and as exists now, as opposed to the truth of the matters contained therein:

Ads by Defendants as viewable in full on-line, www.stemgenex.com ,with past iterations of the StemGenex web page on web archives as at https://archive.org/web , search term https://stemgenex.com .   See Declaration of Banham.

Date: 2-14-17                    **MULLIGAN, BANHAM & FINDLEY**

*/s/ Elizabeth A. Banham*

Elizabeth A. Banham, Esq. SBN: 131734
Email: banham@janmulligan.com
Phone: (619) 238-8700
Fax: (619) 238-8701

**REQUEST FOR JUDICIAL NOTICE** IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

3:16-cv-02816-AJB NLS