# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an Individual; SCOTT SESSIONS, M.D., an Individual; RITA ALEXANDER, an Individual; and DOES 1-100,<br><br>Defendants. | Case No. 3:16-cv-02816-AJB-NLS<br><br>**DECLARATION OF ANNE CARTER**<br><br>Judge: Hon. Anthony J. Battaglia<br>Dept: 3B (3rd Floor-Schwartz) |

I, ANNE CARTER, declare as follows:

1. I am a former employee of StemGenex.
2. I worked at StemGenex for a short period in June of 2014.
3. My position at StemGenex was Patient Advocate.

4. Patient Advocates were entitled to commissions for the number of customers they brought in, under contract with the company. Customers were not referred to as "patients," but as "clients." Pay and continued employment for Patient Advocates such as myself, was based on meeting quotas of bringing in new clients to pay for the service, or convincing clients that had already purchased a service to purchase more. An example of the commission schedule is attached at Exhibit 1.

5. During my time at StemGenex, I was present during several phone calls in follow up to clients who had already undergone stem cell procedures at StemGenex and I could hear the content on both sides of those calls because the calls were on speaker phone. Of those people whose calls I heard, around half reported having no result whatsoever. Some reported dissatisfaction.

6. If StemGenex was publishing that everyone was satisfied with their product or service or felt that their expectations were met and that **0% were unsatisfied** during the time that I was working there or regarding that time, this was incorrect, because I and the manager that I dealt with at StemGenex heard first hand from people who were dissatisfied with their StemGenex treatment.

7. Should I be called upon to testify in this matter, I have other observations to share.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1-19-2018

ANNE CARTER

**DECLARATION OF ANN CARTER**

Re: Moorer, et. al. v. Stemgenex Medical Group,Inc., et. al.
Case No.: 3:16-cv-02816-AJB-NLS

# EXHIBIT 1

| Base |
|---|
| Hourly $13.00 |
| Annually $27,040.00 |

| Treatments | Per Treatment | Total Individual Monthly Bonus | Total Individual Monthly Earnings | Total Individual Yearly Earnings |
|---|---|---|---|---|
| 1 | $50 | $50 | $2,303 | $27,640 |
| 2 | $50 | $100 | $2,353 | $28,240 |
| 3 | $75 | $225 | $2,478 | $29,740 |
| 4 | $75 | $300 | $2,553 | $30,640 |
| 5 | $100 | $500 | $2,753 | $33,040 |
| 6 | $100 | $600 | $2,853 | $34,240 |
| 7 | $125 | $875 | $3,128 | $37,540 |
| 8 | $125 | $1,000 | $3,253 | $39,040 |
| 9 | $125 | $1,125 | $3,378 | $40,540 |
| 10 | $150 | $1,500 | $3,753 | $45,040 |
| 11 | $150 | $1,650 | $3,903 | $46,840 |
| 12 | $150 | $1,800 | $4,053 | $48,640 |
| 13 | $150 | $1,950 | $4,203 | $50,440 |
| 14 | $150 | $2,100 | $4,353 | $52,240 |
| 15 | $175 | $2,625 | $4,878 | $58,540 |
| 16 | $175 | $2,800 | $5,053 | $60,640 |
| 17 | $175 | $2,975 | $5,228 | $62,740 |
| 18 | $175 | $3,150 | $5,403 | $64,840 |
| 19 | $175 | $3,325 | $5,578 | $66,940 |
| 20 | $200 | $4,000 | $6,253 | $75,040 |
| 21 | $200 | $4,200 | $6,453 | $77,440 |
| 22 | $200 | $4,400 | $6,653 | $79,840 |
| 23 | $200 | $4,600 | $6,853 | $82,240 |
| 24 | $200 | $4,800 | $7,053 | $84,640 |
| 25 | $275 | $5,675 | $7,878 | $94,540 |

### Team Bonus Structure**

| Team Treatment Goal | Team Monthly Bonus | Team Bonus Yearly Earnings |
|---|---|---|
| 20 | $250 | $3,000 |
| 25 | $450 | $5,400 |
| 30 | $650 | $7,800 |
| 35 | $850 | $10,200 |
| 40 | $1,050 | $12,600 |
| 45 | $1,250 | $15,000 |
| 50 | $1,550 | $18,600 |
| 55 | $1,750 | $21,000 |
| 60 | $1,950 | $23,400 |

### Responsibilities

*StemGenex reserves the right to update or change this compensation plan at any time.

**Patient Advocate must attain 10 treatments to be eligible for that month's team bonus.

*Return treatments will only count toward your total # of treatments for that month. They are not paid out as new treatments. Repeat treatments will increase your # of total treatments for the month but will not be paid out on a per treatment basis.

EXHIBIT 1
PAGE 1 of 1