1  Janice F. Mulligan (SBN 99080)
   *mulligan@janmulligan.com*
2  Elizabeth A. Banham (SBN 131734)
   *banham@janmulligan.com*
3  Brian K. Findley (SBN 251172)
   *findley@janmulligan.com*
4  **MULLIGAN, BANHAM & FINDLEY**
   2442 Fourth Avenue, Suite 100
5  San Diego, California  92101
   Telephone: (619) 238-8700
6  Facsimile: (619) 238-8701

7  Harvey C. Berger (SBN 102973)
   *berger@bwrllp.com*
8  Timothy G. Williams (SBN 193810)
   *williams@bwrllp.com*
9  Stephanie Reynolds (SBN 220090)
   *reynolds@bwrllp.com*
10 **BERGER, WILLIAMS & REYNOLDS, LLP**
   401 B Street, Suite 2000
11 San Diego, California  92101
   Telephone: (619) 595-1366
12 Facsimile: (619) 236-9677

13 Attorneys for Plaintiffs

14
   *[Additional Counsel on Page 2]*
15

16        **UNITED STATES DISTRICT COURT**

17    **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

18

19 | SELENA MOORER, individually and on behalf of others similarly situated, | Case No.: 3:16-cv-02816-AJB-NLS Class Action |

20 |        Plaintiffs, | **JOINT MOTION TO FURTHER** |

21 | vs. | **AMEND AUGUST 14, 2018 SCHEDULING ORDER [DKT. NO. 101] RE BRIEFING ON** |

22 | STEMGENEX MEDICAL GROUP, INC., a California corporation; | **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

23 | STEMGENEX, INC., a California corporation; STEM CELL RESEARCH | |

24 | CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an | |

25 | Individual; SCOTT SESSIONS, M.D., and Individual; RITA ALEXANDER, an | |

26 | Individual; and DOES 1-100, | |

27 |        Defendants. | |

28

1

JOINT MOTION TO FURTHER AMEND 8/14/18 SCHEDULING ORDER
                                        3:16-cv-02816-AJB-NLS

1 | Additional Counsel:

2

3 | ***Rosenberg, Shpall & Zeigen, APLC***
David Rosenberg (SBN# 99105)
rsalaw@yahoo.com

4 | Annette Farnaes (SBN# 128701)
afrsalaw@yahoo.com

5 | 750 B Street, Suite 3210
San Diego, California 92101

6 | Telephone: (619) 232-1826
Facsimile: (619) 232-1859

7

8 | ***Farnaes & Lucio, APC***
Malte L.L. Farnaes (SBN 222608)
malte@farnaeslaw.com

9 | Christina M. Lucio (SBN 253677)
clucio@farnaeslaw.com

10 | 2235 Encinitas Blvd., Suite 210
Encinitas, California 92024

11 | Telephone: (760) 942-9430

12 | Co-Counsel for Defendants
STEMGENEX MEDICAL GROUP, INC.,

13 | STEMGENEX, INC.;  STEM CELL RESEARCH
CENTRE, INC.; and RITA ALEXANDER

14

15 | Clark R. Hudson, SBN 149329
Jonathan R. Ehtessabian, SBN 243211
Nicole T. Melvani, SBN 281718

16 | NEIL, DYMOTT, FRANK, MCFALL
TREXLER, MCCABE & HUDSON

17 | A Professional Law Corporation
1010 Second Avenue, Suite 2500

18 | San Diego, CA 92101-4959
**P** 619.238.1712 / **F** 619.238.1562

19

20 | Attorneys for Defendant
ANDRE P. LALLANDE, D.O.

21

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

2

Plaintiffs, SELENA MOORER, REBECCA KING, JENNIFER BREWER, and ALEXANDRA GARDNER ("Plaintiffs"), and Defendants, STEMGENEX, INC., STEM CELL RESEARCH CENTRE, INC., RITA ALEXANDER, ANDRE P. LALLANDE, D.O., and STEMGENEX MEDICAL GROUP, INC., (collectively, "Defendants") submit the following Joint Motion to Further Amend the August 14, 2018 Scheduling Order [Dkt. No. 101] Re Briefing on Plaintiffs' Motion for Class Certification, as follows:

On August 6, 2018, Plaintiffs filed their Motion for Class Certification. [Dkt. Nos. 95 – 95.23.] Plaintiffs' motion included moving papers and supporting evidence and declarations.

On August 14, 2018, this Court entered an Amended Scheduling Order [Dkt. No. 101.] That Order extended briefing on Plaintiffs' motion to:

- November 16, 2018, for Defendants to file oppositions;
- December 7, 2018, for Plaintiffs to file a reply; and
- January 31, 2019, at 2:00 p.m., as the hearing date for the Motion for Class Certification.

In connection with preparing their Oppositions, Defendants sought to conduct additional discovery related to class certification. On September 28, 2018, the Court entered an Order [Dkt. No. 103] permitting Defendants to take depositions of fifteen of forty-nine potential class members who had offered declarations supporting Plaintiffs' motion, and the three retained expert witnesses who had offered declarations supporting Plaintiffs' motion. That Order required all eighteen depositions to be completed by November 2, 2018. The Court's September 28, 2018 Order also required Defendants to produce any of their rebuttal retained expert witnesses used in supporting their Oppositions for depositions between November 26 and November 30, 2018, before Plaintiffs' reply brief is due.

The parties have worked cooperatively to conduct the eighteen depositions on time. As of November 2, 2018, fourteen of the fifteen potential class members have

1  been deposed, and the last one is scheduled to be completed on November 2, 2018. In

2  addition, Defendants conducted the depositions of Plaintiffs' three retained expert

3  witnesses on October 22, 25, and 29, respectively.

4      **The reason the parties are now requesting a further extension to the**

5  **Court's briefing schedule is as a result of a previously unknown omission from a**

6  **portion of Plaintiffs' Motion for Class Certification**. Specifically, the Declaration

7  of one of Plaintiffs' retained expert witnesses, Dr. Michael Kamins, was filed on

8  August 6, 2018 containing a report, and multiple exhibits and appendices. [Dkt. No.

9  95-10.] However, it was not known at the time of filing that certain appendices

10  described in Dr. Kamins' report were unintentionally not filed with the declaration

11  including: Appendix D – StemGenex Study Methodology Report provided by Elliott

12  Harstone – Spectrum Associates; Appendix E – StemGenex Figures provided by

13  Dorinda Richitelli – Spectrum Associates; Appendix F – StemGenex Study Screen

14  Shots provided by Dorinda Richitelli – Spectrum Associates; and Appendix G – Excel

15  data file provided by Dorinda Richitelli – Spectrum Associates. During Dr. Kamins'

16  deposition on October 22, 2018, counsel for Plaintiffs and Defendants and Dr. Kamins

17  realized this error. Within two days, on October 24, 2018, Plaintiffs obtained and

18  served Defendants with all of the missing pages/documents. And on October 29, 2018,

19  Plaintiffs filed a fully corrected declaration, report and all exhibits and appendices for

20  Dr. Kamins. [Dkt. No. 104.]

21      As contemplated in the Court's September 28, 2018 Order, Defendants have

22  engaged retained expert witnesses for their Oppositions. Defendants need time to

23  synthesize the information provided by their expert and prepare appropriate

24  Oppositions. Defendants' expert has indicated that 30 days are needed to analyze and

25  respond to the omitted information produced by Plaintiffs on October 24, 2018.

26  Defendants request they have an opportunity to work with their retained witnesses and

27  file Opposition briefing on December 17, 2018. Plaintiffs have also offered to allow

28  Defendants to continue the deposition of Dr. Kamins on the omitted material, which

4

the parties are in the process of scheduling.

In addition, an extension is appropriate given Defendants' counsels' schedules. Counsel for Defendant Andre P. Lallande is scheduled to start trial in another matter on November 5, 2018, that is expected to last a minimum of two weeks. Further, Defendants' counsel has have pre-planned vacations and time off scheduled during the weeks of November 19, 2018 and November 26, 2018.

Plaintiffs do not oppose Defendants' requested extension to December 17, 2018, as long as Plaintiffs' reply due date is extended to January 25, 2019. Defendants do not oppose Plaintiffs' requested mutual extension. Plaintiffs need that additional amount of time for two primary reasons. First, the Court's September 28, 2018 discovery Order requires Defendants to produce their retained witnesses for depositions before Plaintiffs' reply brief is due; Plaintiffs will need time to analyze any defense expert reports/declarations, prepare for and conduct Defendants' experts' depositions. Second, Plaintiffs' counsel, their offices and staff have previously planned vacation time and dates on which their respective offices will be closed during the weeks of December 24 and 31, 2018. Consequently, the parties agree that Defendants' retained witnesses will be made available for depositions between January 10-16, 2019. Plaintiffs then need additional time to complete their reply brief until January 25, 2019.

Therefore, the parties request the Court enter an Order to modify previously set deadline dates as follows:

- The deadline for Defendants to file oppositions to Plaintiffs' Motion for Class Certification is changed from November 16, 2018, to December 17, 2018.
- The deadline for Plaintiffs to file a reply is changed from December 7, 2018, to January 25, 2019.
- Should Defendants rely on expert report(s) in their opposition to the Motion for Class Certification, Defendants' expert(s) must be produced for deposition between January 10 and January 16, 2019.

JOINT MOTION TO FURTHER AMEND 8/14/18 SCHEDULING ORDER

Respectfully submitted,[1]

Date:  11/2/18      **MULLIGAN, BANHAM & FINDLEY**

/s/ Elizabeth A. Banham
Elizabeth A. Banham, Esq.
Attorneys for Plaintiffs

Date: 11/2/18      **BERGER, WILLIAMS & REYNOLDS, LLP**

/s/ Timothy Williams
Timothy Williams, Esq.
Attorneys for Plaintiffs

Date: 11/2/18      **ROSENBERG, SHPALL & ZEIGEN, APLC**

/S/ Annette Farnaes
Annette Farnaes, Esq.
Attorneys for Defendants

Date: 11/2/18      **FARNAES & LUCIO, APC**

/s/ Malte Farnaes
Malte Farnaes, Esq.
Attorneys for Defendants

Date: 11/2/18      **NEIL DYMOTT FRANK MCFALL**

/s/ Nicole Melvani
Nicole Melvani, Esq.
Attorneys for Andre P. Lallande, O.D.

---

[1] The filer certifies pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, that the content of this document is acceptable to counsel for Plaintiffs and Defendants and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.