**ROSENBERG, SHPALL & ZEIGEN, APLC**
David Rosenberg (SBN# 99105)
Annette Farnaes (SBN# 128701)
750 B Street, Suite 3210
San Diego, California 92101
**P** (619) 232-1826 / **F** (619) 232-1859

**FARNAES & LUCIO, APC**
Malte L.L. Farnaes (SBN 222608)
Christina M. Lucio (SBN 253677)
2235 Encinitas Blvd, Suite 210
Encinitas, California 92024
**P** (760) 942-9431 / **F** (760) 452-4421

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and Does 1-100,<br><br>　　　　Defendants. | Case No. 3:16-cv-02816-AJB-NLS<br><br>**CERTIFICATE OF SERVICE** |

1  CERTIFICATE OF SERVICE

I, the undersigned, do hereby verify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that on February 1, 2019, I caused be served a copy of the following documents:

1. **DEFENDANTS' JOINT REPLY BRIEF IN SUPPORT OF DR. LALLANDE'S MOTION TO STRIKE REPORT OF DR. DAVID STEWART**

2. **DEFENDANTS' JOINT REPLY BRIEF IN SUPPORT OF DR. LALLANDE'S MOTION TO STRIKE REPORTS OF DR. MICHAEL KAMINS AND DR. ELIOT HARTSTONE**

3. **DEFENDANTS' NOTICE OF ERRATA**

Janice F. Mulligan, Esquire
Elizabeth A. Banham, Esquire
Brian Keith Findley, Esquire
***MULLIGAN, BANHAM, & FINDLEY***
2442 Fourth Avenue, Suite 100
San Diego, California 92101
Facsimile: (619) 238-8701

Mark Pope, Esquire
Harvey C. Berger, Esquire
***POPE BERGER WILLIAMS & REYNOLDS, LLP***
401 "B" Street, Suite 2000
San Diego, California 92101
Facsimile: (619) 236-9677

Attorneys for Plaintiffs

__X__ **VIA CM/ECF ELECTRONIC FILING**: I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the U.S. District Court for the Southern District of California and concurrently caused the above-entitled document(s) to be sent to the recipients listed pursuant to the Service List maintained by and exists on that database. The file transmission reported as complete and a copy of the Receipt Page/Confirmation will be maintained with the original document(s) in this office.

__X__ **FEDERAL**: I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 1st day of February 2019 at Encinitas, California.

                                          /Malte L. L. Farneas/
                                        Malte L. L. Farnees