

**FILED**

Feb 11 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ annettec      DEPUTY

Jonathan Reza Ehtessabian
Neil Dymott Frank McFall & Trexler, APLC
1010 Second Avenue
Suite 2500
San Diego, CA 92101-4959

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 16-cv-2816-AJB-NLS |
| TITLE: | Moorer et al v. Stemgenex Medical Group, Inc. et al |
| E-FILED DATE: 2/1/2019 | DOCUMENT NO.: 127 |
| DOCUMENT TITLE: | Notice of Errata |
| DOCUMENT FILED BY: | Defendants |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") Discrepancy

OTHER:
  No provision for acceptance. Errata's prohibited. See CivLR 15.1.a. Amended Pleadings

## IT IS HEREBY ORDERED:

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☒ | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Judge Battaglia

Chambers of the Honorable
[Chambers of the Honorable]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FORWARD TIME EXP RTN TO SEND
910   NFE   1260B1710002/05/19
NEIL DYMOTT
110 W A ST # 1200
SAN DIEGO CA 92101-3711

RETURN TO SENDER

PRESORTED
FIRST CLASS

FEB 11 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

U.S. POSTAGE >> PITNEY BOWES
ZIP 91950
02 4W
0000343405  FEB 05 2019
$ 000.41²