# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STEMGENEX MEDICAL GROUP, INC., a California corporation; STEMGENEX, INC., a California corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an Individual; SCOTT SESSIONS, M.D., and Individual; RITA ALEXANDER, an Individual; and DOES 1-100,<br><br>　　　　Defendants. | Case No.: 3:16-cv-02816-AJB-AHG<br>Class Action<br><br>**ORDER ON JOINT MOTION RE: (1) NOTICE OF COMPLETION OF DISSEMINATION OF SUPPLEMENTAL CLASS NOTICE AND REQUEST FOR APPROVAL OF CLASS MEMBER EXLCUSION; AND (2) A STAY OF ALL PROCEEDINGS IN THE DISTRICT COURT PENDING DISPOSITION OF APPEAL** |

Plaintiffs, SELENA MOORER, REBECCA KING, JENNIFER BREWER, and ALEXANDRA GARDNER, including SubClass A Representatives JENNIFER BREWER and ALEXANDRA GARDNER, and SubClass B Representatives ANDREA ANDREWS and JENNIFER DELANEY (collectively, "Plaintiffs"), and Defendants STEMGENEX, INC., STEMGENEX MEDICAL GROUP, INC., STEM CELL RESEARCH CENTRE, INC., RITA ALEXANDER, and ANDRE P. LALLANDE, D.O. (collectively, "Defendants") filed a Joint Motion Re: (1) Notice of

1

Completion of Dissemination of Supplemental Class Notice and Request for Approval of Class Member Exclusion; and (2) a Stay of All Proceedings in the District Court Pending Disposition of Appeal. Notice. The Joint Motion was supported by a Declaration of Daniela Rojas Regarding Completion of Dissemination of Supplemental Class Notice (and Exhibit A), and citation to the current District Court and appellate records in this action.

First, the parties jointly request the Court approve of the requests for exclusion of one individual from the class, based on his death and his spouse's request to withdraw his claim from the case.

Second, the parties jointly request the Court enter a stay of all proceedings in the District Court pending the resolution of Defendants' current appeal of the Court's June 25, 2019 Order granting class certification (Ninth Circuit Case No. 19-56500).

The Court finds the parties present sufficient evidence and good cause to **GRANT** the requested relief. The Court now Orders as follows:

1.   The request for exclusion submitted by the surviving spouse of class member Michael D. Bausano is approved, whose claims in this action is now excluded from this action permanently, and for all purposes from this date forward.

2.   All proceedings in the District Court are stayed pending disposition of the Defendants' appeal, Ninth Circuit Case No. 19-56500. All pending dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated:  April 20, 2020

Hon. Anthony J. Battaglia
United States District Judge