| | |
|---|---|
| 1 | Janice F. Mulligan (SBN 99080) |
| | *mulligan@janmulligan.com* |
| 2 | Elizabeth A. Banham (SBN 131734) |
| | *banham@janmulligan.com* |
| 3 | Brian K. Findley (SBN 251172) |
| | *findley@janmulligan.com* |
| 4 | **MULLIGAN, BANHAM & FINDLEY** |
| | 2442 Fourth Avenue, Suite 100 |
| 5 | San Diego, California 92101 |
| | Telephone: (619) 238-8700 |
| 6 | Facsimile: (619) 238-8701 |
| 7 | Harvey C. Berger (SBN 102973) |
| | *berger@bwrllp.com* |
| 8 | Timothy G. Williams (SBN 193810) |
| | *williams@bwrllp.com* |
| 9 | Stephanie Reynolds (SBN 220090) |
| | *reynolds@bwrllp.com* |
| 10 | **BERGER, WILLIAMS & REYNOLDS, LLP** |
| | 401 B Street, Suite 2000 |
| 11 | San Diego, California 92101 |
| | Telephone: (619) 595-1366 |
| 12 | Facsimile: (619) 236-9677 |
| 13 | Attorneys for Plaintiffs & Appointed as Class Counsel |

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | SELENA MOORER, individually and on behalf of others similarly situated, | Case No.: 3:16-cv-02816-AJB-NLS Class Action |
| 18 | Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT/GOOD FAITH SETTLEMENT, AS BETWEEN PLAINTIFFS-CLASS MEMBERS AND DEFENDANT ANDRE P. LALLANDE, D.O.** |
| 19 | vs. | |
| 20 | STEMGENEX MEDICAL GROUP, INC., a California corporation; STEMGENEX, INC., a California corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an Individual; SCOTT SESSIONS, M.D., an Individual; RITA ALEXANDER, an Individual; and DOES 1-100, | |
| 21 | | |
| 22 | | *SPECIAL BRIEFING SCHEDULE ORDERED (DOC. NO. 170)* |
| 23 | | Hearing: |
| 24 | | Judge: Hon. Anthony J. Battaglia |
| 25 | Defendants. | Courtroom 4A |
| 26 | | Hearing Date: January 7, 2021 |
| | | Hearing Time: 2:00 p.m. |
| 28 | / / / | |

1

PLAINTIFFS' NOTICE OF MOTION AND FOR
PRELIMINARY APPROVAL/GOOD FAITH SETTLEMENT
3:16-cv-02816-AJB-NLS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on Thursday, January 7, 2021, at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, Plaintiffs SELENA MOORER, REBECCA KING, JENNIFER BREWER, and ALEXANDRA GARDNER, including Subclass A Representatives JENNIFER BREWER and ALEXANDRA GARDNER, and Subclass B Representatives ANDREA ANDREWS and JENNIFER DELANEY (collectively, "Plaintiffs"), individually and on behalf of the 1,063 certified class members in this action (altogether, the "Class" or "Class Members"), will and do now move this Court for Orders: (1) granting preliminary approval to a settlement between the Class Members and Defendant ANDRE P. LALLANDE, D.O. ("Lallande") pursuant to Fed. R. Civ. P. 23(e), and (2) finding the settlement between the Class Members and Lallande is a "good faith settlement," including but not limited to as within the meaning of Sections 877 and 877.6 of the California Code of Civil Procedure.

Plaintiffs' motion is based upon this Notice; the accompanying Memorandum of Points and Authorities, Declaration, and Exhibits; the complete files and records of this Court; and upon such other oral or documentary evidence as may be submitted at the hearing of this motion.

Respectfully submitted,

Dated: October 30, 2020     **BERGER, WILLIAMS & REYNOLDS, LLP**

By: /s/ Timothy G. Williams
Timothy G. Williams
Attorneys for Plaintiffs/Class Counsel