Janice F. Mulligan (SBN 99080)
mulligan@janmulligan.com
Elizabeth A. Banham (SBN 131734)
banham@janmulligan.com
Brian K. Findley (SBN 251172)
findley@janmulligan.com
**MULLIGAN, BANHAM & FINDLEY**
2442 Fourth Avenue, Suite 100
San Diego, California 92101
Telephone: (619) 238-8700
Facsimile: (619) 238-8701

Harvey C. Berger (SBN 102973)
berger@bwrllp.com
Timothy G. Williams (SBN 193810)
williams@bwrllp.com
Stephanie Reynolds (SBN 220090)
reynolds@bwrllp.com
**BERGER, WILLIAMS & REYNOLDS, LLP**
401 B Street, Suite 2000
San Diego, California 92101
Telephone: (619) 595-1366
Facsimile: (619) 236-9677

Class Counsel/Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEMGENEX MEDICAL GROUP, INC., a California corporation; STEMGENEX, INC., a California corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an Individual; SCOTT SESSIONS, M.D., and Individual; RITA ALEXANDER, an Individual; and DOES 1-100,<br><br>Defendants. | Case No.: 3:16-cv-02816-AJB-AHG<br>Certified Class Action<br><br>**DECLARATION OF MARK COWEN IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

/ / /

I, Mark Cowen, hereby declare as follows:

1. I am a Project Manager at A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. This declaration ("Declaration") is based upon my personal knowledge, and information provided to me by Timothy G. Williams ("Lead Counsel"),[1] and A.B. Data staff members. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration in connection with the class action notice administration proceedings related to the above-captioned Action (the "Action").

3. This Declaration details the steps that were taken to implement notice of the settlement as required by the Court's "Preliminary Approval Order" entered January 8, 2021. Those steps included: i) mailing the notice of settlement ("Notice") to the 1,063 Class Members; ii) emailing the Notice to the 1,063 Class Members; and iii) establishing and maintaining a case-specific website displaying the substance of the Notice and a toll-free telephone number.

## DISSEMINATION OF NOTICE

4. On January 11, 2021, A.B. Data received an electronic data file from Lead Counsel containing the names, mailing addresses, email addresses, and relevant subclass designations for all 1,063 Class Members. All Class Member information that was provided to A.B. Data has been stored in a secure environment with controlled access.

5. A.B. Data electronically processed the data files to identify unique Class Member names and mailing addresses and to eliminate duplicates, resulting in 1,063 unique name and address records for mailing. Prior to the mailing, A.B. Data also processed the 1,063 Class Members' mailing addresses through the United States Postal Service's (the "USPS") NCOALink® database to update the mailing addresses with

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the parties' Settlement Agreement on file with the Court (the "Settlement Agreement").

any registered moves and standardize the mailing addresses to allow for maximum postage discounts.

6. On January 27, 2021, pursuant to the Preliminary Approval Order, the Notice was sent by USPS First-Class Mail to the 1,063 Class Members. A true and correct copy of the Notice is attached as Exhibit A.

7. An updated file with 40 Class Member records that had mailing address updates was sent by Lead Counsel on February 2, 2021. These records were updated in the Class Member database, and these notices were re-mailed on February 4, 2021.

8. A.B. Data has also re-mailed 20 Notices to Class Members whose original mailings were returned by the USPS and for whom updated addresses were either provided to A.B. Data by the USPS, or ascertained through a third-party information provider to which we subscribe.

## ELECTRONIC MAILING OF THE NOTICE

9. In accordance with the Preliminary Approval Order, A.B. Data caused an electronic mailing of the Notice to be sent on January 27, 2021, to Class Members who had a personal email address on file.

10. A total of 1,053 emails were sent, with 75 bounced emails, leaving 978 that were delivered.

## WEBSITE AND CALL CENTER

11. On January 27, 2021, A.B. Data established the case-specific website for this Action, *www.StemGenexSettlement.com*, and posted the Court-approved Notice of Partial Settlement to this website. The website also provides summary information concerning the current status of the Action, contact information for Class Counsel, as well as downloadable copies of the Preliminary Approval Order, the Settlement Agreement, and the Notice of Pendency of Certified Class Action. As of the date of this Declaration, the website has had an aggregate of 548 hits.

12. On or about January 27, 2021, A.B. Data established a case-specific, toll-free telephone number (1-877-883-9956) with an interactive-voice-response system to

accommodate Class Members that have questions about the Action. The automated attendant answers calls and presents callers with a series of choices to respond to basic questions. As of the date of this Declaration, A.B. Data has received 66 calls.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 16th day of March 2021 in Apple Valley, MN.

_____
Mark Cowen

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEMGENEX MEDICAL GROUP, INC., a California corporation; et al., <br><br> Defendants. | Case No.: 3:16-cv-02816-AJB-NLS <br><br> **NOTICE OF <u>PARTIAL</u> SETTLEMENT OF CERTIFIED CLASS ACTION** |

**YOU WERE PREVIOUSLY PROVIDED NOTICE REGARDING THIS CLASS ACTION LAWSUIT IN A "NOTICE OF PENDENCY OF CERTIFIED CLASS ACTION." YOU ARE NOT BEING SUED. THIS LAWSUIT SEEKS TO RECOVER MONEY FOR CERTAIN CUSTOMERS/PATIENTS OF STEMGENEX.**

**PLEASE READ THIS ENTIRE DOCUMENT CAREFULLY. IT EXPLAINS YOUR RIGHTS RELATED TO THE <u>PARTIAL</u> SETTLEMENT OF THE CASE.**

### Why Should I Read this Notice?

Within this last year you were sent a "Notice of Pendency of Certified Class Action" ("Notice of Pendency"). The Notice of Pendency explained that on August 22, 2016, Selena Moorer, Rebecca King, Jennifer Brewer, Alexandra Gardner (the "Plaintiffs") filed this lawsuit on their behalf, and on behalf of certain other customers/patients as a proposed "class action." The Plaintiffs' lawsuit is currently pending in federal court, in the United States District Court for the Southern District of California. The lawsuit is against StemGenex, Inc., StemGenex Medical Group, Inc., Stem Cell Research Center, Inc., Dr. Andre P. Lallande, and Rita Alexander (the "Defendants").

The Notice of Pendency explained that the Plaintiffs' lawsuit claims that the Defendants violated certain of California's laws related to how the Defendants

For Additional Information, VISIT www.StemGenexSettlement.com or CALL 1-877-883-9956

advertised stem cell therapy treatments for sale in Patient Satisfaction Ratings posted on the StemGenex website and in emails. Plaintiffs allege they were misled by the Patient Satisfaction Ratings and that they, like you, paid at least $14,900 for stem cell therapy treatment. Plaintiffs claim that the people who paid at least $14,900 for stem cell therapy treatment should be entitled to a refund of part of what they paid to Defendants for stem cell therapy treatment, among other requests for relief.

The Notice of Pendency explained that on June 25, 2019, the court granted a motion filed by the Plaintiffs to certify the lawsuit as a class action. The Notice of Pendency was sent to individuals who qualified as class members, including you, providing options about whether or not to participate in the case. You elected to remain in the case which now includes 1,063 class members.

As also explained in the Notice of Pendency, Defendants deny that they have done anything wrong or illegal. Defendants deny that they misrepresented any information in the Patient Satisfaction Ratings posted on the StemGenex website or in emails sent to certain members of the Class. Defendants also deny that they owe anyone any money, other damages, or any other relief. Defendants also continue to dispute that Plaintiffs' case should proceed as a class action, and Defendants have appealed that decision. A ruling on the Defendants' appeal is expected in 2021.

The court has not yet determined whether the Defendants violated any laws. Recently, however, the Plaintiffs and Dr. Andre P. Lallande agreed to a settlement to propose to the court and all of the class members. The agreement provides for Dr. Lallande and his insurance company to pay $2,500,000 to settle the claims in the lawsuit by the class members against Dr. Lallande, individually. The rest of the case is continuing, and will continue against the other Defendants. Plaintiffs will still be required to prove their case at trial against the remaining Defendants.

Plaintiffs agreed to this settlement with Dr. Lallande based on a variety of factors, believing it was a fair and reasonable compromise of the class members' claims against Dr. Lallande. Among other denials, Dr. Lallande and his insurance company deny liability and deny that any insurance coverage is available at all for the class members' claims. Continuing the case against Dr. Lallande presents risks of no recovery, balanced against the recovery of $2,500,000 for part of the case. The judge in the case has preliminarily approved the settlement between the class members and Dr. Lallande. The judge has also now ordered that you receive this "Notice of <u>Partial</u> Settlement of Certified Class Action" ("Settlement Notice") to summarize how the settlement will work, including how money will be paid to you if the judge gives his final approval to the settlement. **You do not need to do anything, and you do not**

For Additional Information, VISIT www.StemGenexSettlement.com or CALL 1-877-883-9956

**need to pay anything to receive your settlement money**.

## The Class Action.

As explained in previous notices, a class action is a type of lawsuit in which one or more individuals pursue claims on behalf of a group of similarly situated people to try and recover damages for everyone in the group, without the need for individual lawsuits. Class actions are used by the courts in certain situations where the claims of a group raise common issues of law or fact, making it fair to bind all class members to the orders and judgment in a case without the need to hear the same claims over and over again for individual claimants. Use of a class action eliminates the need to file multiple lawsuits and assures that all class members are bound by the results of the lawsuit.

## What Is Happening in the Case Recently?

The lawyers and party representatives on both sides have been continuing to litigate the case, both in the trial court and in the court of appeal. Trial is not expected to occur until late 2021 or 2022, pending the outcome of the appeal.

On August 20, 2020, the lawyers and party representatives on both sides attended a private mediation with an experienced class action mediator. After several more weeks of negotiations, the Plaintiffs and Dr. Lallande agreed to the framework for a settlement of the case between the class members and Dr. Lallande, individually. Their settlement does not affect the case that is continuing by the class members against the rest of the Defendants.

The judge has reviewed the settlement agreement between the Plaintiffs and Dr. Lallande, among other papers and pleadings in this case, and agreed to preliminarily approve the settlement. If the judge gives final approval to the settlement then the insurance company for Dr. Lallande will pay $2,500,000 to be held in trust to pay the class members (including you) when the judge decides that it is an appropriate time to distribute that money, depending on the progress of the rest of the case by the Plaintiffs against the remaining Defendants. There is no specific timetable for when the judge will make that decision to distribute money, nor when the money will be paid. **Your rights regarding this case are affected by this settlement, and you are being sent this Settlement Notice because you are a class member who will be entitled to collect money from this settlement when it is paid out**.

**The Settlement.**

Subject to a hearing for "final approval" on April 29, 2021, Dr. Lallande's insurance company will pay a total of $2,500,000 to a trust account maintained by a third-party court-appointed settlement administrator. At the appropriate time in the future, the judge will determine: if any of that amount will be paid to the lawyers who represent the class members as attorney's fees and as cost repayment (the lawyers have not yet been paid for any of their work in the case since 2016, and have spent their own money to file and advance the lawsuit totaling approximately $400,000 to date), which decision will depend on what happens with the rest of the lawsuit; if a portion of the money, approximately $30,000-$40,000, will be paid to the court-appointed settlement administrator for expenses in sending notices and paying class members; and that the rest of the money would be used directly to pay class members.

If the judge grants final approval to the settlement between the Plaintiffs and Dr. Lallande then each class member, including you, will be bound by all of the terms of the settlement agreement. That agreement includes a release of all claims in the lawsuit by class members against Dr. Lallande, individually, but not against any of the other Defendants.

If the judge grants final approval to the settlement, then when the judge later determines how to distribute this settlement money each class member will be paid a pro rata share based on how much money they each paid to the Defendants for their stem cell therapy treatment(s). The settlement share that will be paid to each class member will be a discounted sum of approximate damages, less what the judge might award attorney's fees and/or costs.

There is no guarantee that the Plaintiffs will recover any more money in the lawsuit against the rest of the Defendants. Even if the Plaintiffs do not recover any more money, this $2,500,000 will still be available to all class members. If more money is recovered in the lawsuit against the rest of the Defendants, then it will be available to class members in addition to this $2,500,000, in amounts that the judge would determine in the future.

If the settlement is not approved, the case will proceed with Dr. Lallande as a Defendant as if no settlement had been attempted. In that event, the class members retain the right to pursue their claims against Dr. Lallande to trial, and Dr. Lallande retains the right to contest whether this case should continue to be maintained as a class action and to contest the merits of the claims being asserted. There is no guarantee that if the settlement is not approved, the class members will recover more

For Additional Information, VISIT www.StemGenexSettlement.com or CALL 1-877-883-9956

than is provided in the settlement from Dr. Lallande or any other Defendant, or anything at all.

Nothing in this Settlement Notice is intended to be tax advice. The lawyers in this case cannot provide any tax advice, and you should consult your tax advisor for any questions about tax issues pertaining to the settlement and your potential claim share.

If you want a complete statement and the details of the scope of all claims being released, please refer to the settlement agreement. If you would like a copy of the settlement agreement or have other questions you can contact the lawyers for class members ("Class Counsel"), who are available to answer any questions you may have about this Settlement Notice, or anything else regarding the case:

| | |
|---|---|
| Janice F. Mulligan | Harvey C. Berger |
| *mulligan@janmulligan.com* | *berger@bwrllp.com* |
| Elizabeth A. Banham | Timothy G. Williams |
| *banham@janmulligan.com* | *williams@bwrllp.com* |
| Brian K. Findley | Stephanie Reynolds |
| *findley@janmulligan.com* | *reynolds@bwrllp.com* |
| MULLIGAN, BANHAM & FINDLEY | BERGER, WILLIAMS & REYNOLDS, LLP |
| 2442 Fourth Avenue, Suite 100 | 401 B Street, Suite 2000 |
| San Diego, California 92101 | San Diego, California 92101 |
| Telephone: (619) 238-8700 | Telephone: (619) 595-1366 |
| Facsimile: (619) 238-8701 | Facsimile: (619) 236-9677 |

None of the Defendants or their lawyers represent you.

**What Happens Next and What Are Your Options?**

The judge has ordered this Settlement Notice be mailed or emailed to all class members, and where practicable under the circumstances both mailed and emailed, to notify you of your rights related to the settlement. This notice will also be posted on a website maintained by the court-appointed settlement administrator. At this time, you have two options:

- A. <u>Do Nothing</u>. If you do nothing you will automatically continue to be included in the case and represented by Class Counsel. You do not have to pay any money. You will receive your settlement share if the judge grants final

      approval to the settlement, and when the judge determines it is appropriate to make payments.

  B. <u>Object/Comment on the Settlement</u>. You may (but are not required to) object or comment on the settlement, and may do one of the following on or before February 26, 2021: file a written objection/comment (with a statement of reasons) with the court; or file with the court a notice of intent to appear at the final approval hearing. All objections/comments and/or notices must be signed and include your name, address, telephone number, and the name and number of the case. Any objections must state whether it applies only to the objector, to a specified subset of the class, or to the entire class, and also state with specificity the grounds for the objection. Any class member who fails to either provide a timely written objection/comment, or notice of intent to appear and speak at the final approval hearing may be precluded from presenting their objection/comment.

The final approval hearing is scheduled for April 29, 2021 at 2:00 PM with Judge Anthony J. Battaglia in the United States District Court for the Southern District of California. It may be held telephonically or by videoconference, or the judge may allow individuals to personally appear in court.

## Other Information.

If you want to speak with Class Counsel you may contact them, but you are not required to do so at this time. Future notices and payments will be made available to class members at the same address where you received this Settlement Notice, or to an updated address if you provide it to the settlement administrator. If the address used to send you this Settlement Notice is incorrect, you must correct it. For address changes, please contact the settlement administrator at the following address: StemGenex Settlement, c/o A.B. Data, Ltd., P.O. Box 170500, Milwaukee, WI 53217.

This Settlement Notice contains only a summary of the case to date. Complete pleadings and other papers filed with the court are available for inspection on-line with the Clerk of the Court of the United States District Court for the Southern District of California. Inquiries must be made by accessing documents via the internet. You may also contact Class Counsel. Please do not call or write the Clerk of the Court for information about this case. Other than exercising your right to file a formal comment/objection or filing a notice of intent to appear at the final approval hearing, **DO <u>NOT</u> CONTACT THE JUDGE ABOUT THIS CASE.**

For Additional Information, VISIT www.StemGenexSettlement.com or CALL 1-877-883-9956