Janice F. Mulligan (SBN 99080)
mulligan@janmulligan.com
Elizabeth A. Banham (SBN 131734)
banham@janmulligan.com
Brian K. Findley (SBN 251172)
findley@janmulligan.com
**MULLIGAN, BANHAM & FINDLEY**
2442 Fourth Avenue, Suite 100
San Diego, California  92101
Telephone: (619) 238-8700
Facsimile: (619) 238-8701

Harvey C. Berger (SBN 102973)
berger@bwrllp.com
Timothy G. Williams (SBN 193810)
williams@bwrllp.com
Stephanie Reynolds (SBN 220090)
reynolds@bwrllp.com
**BERGER, WILLIAMS & REYNOLDS, LLP**
401 B Street, Suite 2000
San Diego, California  92101
Telephone: (619) 595-1366
Facsimile: (619) 236-9677

Attorneys for Plaintiffs & Appointed as Class Counsel

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>STEMGENEX MEDICAL GROUP, INC., a California corporation; STEMGENEX, INC., a California corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an Individual; SCOTT SESSIONS, M.D., an Individual; RITA ALEXANDER, an Individual; and DOES 1-100,<br><br>         Defendants. | Case No.: 3:16-cv-02816-AJB-NLS<br>Class Action<br><br>**PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT/GOOD FAITH SETTLEMENT, AS BETWEEN PLAINTIFFS-CLASS MEMBERS AND DEFENDANT ANDRE P. LALLANDE, D.O.**<br><br>*SPECIAL BRIEFING SCHEDULE ORDERED (DOC. NOS. 170, 174)*<br><br>Hearing:<br>Judge: Hon. Anthony J. Battaglia<br>Courtroom 4A<br>Hearing Date: April 29, 2021<br>Hearing Time: 2:00 p.m. |

1

Plaintiffs SELENA MOORER, REBECCA KING, JENNIFER BREWER, and ALEXANDRA GARDNER, including Subclass A Representatives JENNIFER BREWER and ALEXANDRA GARDNER, and Subclass B Representatives ANDREA ANDREWS and JENNIFER DELANEY (collectively, "Plaintiffs"), individually and on behalf of the 1,063 certified class members in this action (altogether, the "Class" or "Class Members"), submit this Reply Memorandum of Points and Authorities in support of their Motion for Orders: (1) granting final approval to a settlement between the Class Members and Defendant ANDRE P. LALLANDE, D.O. ("Lallande") pursuant to Fed. R. Civ. P. 23(e), and (2) finding the settlement between the Class Members and Lallande is a "good faith settlement," including but not limited to as within the meaning of Sections 877 and 877.6 of the California Code of Civil Procedure.

## I.  THERE IS NO OPPOSITION TO PLAINTIFFS' MOTION

Plaintiffs filed their motion on March 19, 2021, as required by this Court's January 8, 2021 Order. (Doc. No. 174.) No opposition was filed by the April 15, 2021 deadline. Accordingly, Plaintiffs request the motion be granted.

Respectfully submitted,

Dated: April 16, 2021        **BERGER, WILLIAMS & REYNOLDS, LLP**

By: /s/ Timothy G. Williams
Timothy G. Williams
Attorneys for Plaintiffs/Class Counsel