UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER individually and on behalf of all others similarly situated, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>STEMGENEX MEDICAL GROUP, INC., *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No.:　3:16-cv-02816-AJB-AHG<br><br>**ORDER:**<br><br>**(1) LIFTING STAY;**<br><br>**(2) SETTING DEADLINE TO MEET AND CONFER AND SUBMIT PROPOSAL FOR DISSEMINATION OF NEW CLASS NOTICE; and**<br><br>**(3) ISSUING AMENDED SCHEDULING ORDER** |

　　　The Court held a Case Management Conference on June 3, 2021 to reinstate a case schedule in this matter now that the appeal of the Court's grant of class certification has concluded, the partial settlement between Plaintiffs and Defendant Lallande has been approved, and settlement discussions between Plaintiffs and the remaining Defendants have proven unsuccessful. ECF No. 201. The stay of the proceedings is hereby **LIFTED**.

　　　Upon consultation with the parties, the Court **ORDERS** the parties to meet and confer and submit a proposal for dissemination of a new class notice, consistent with the January 27, 2021 Ninth Circuit Mandate's modification of the class definition, no later than

**July 9, 2021**.

The parties anticipate that they will not complete the dissemination of the new class notice until approximately October 2021. ECF No. 200. Accordingly, the following Amended Scheduling Order will govern the case:

1. All fact discovery shall be completed by all parties by **November 22, 2021**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, the movant must e-mail chambers at efile_goddard@casd.uscourts.gov no later than 45 days after the date of service of the written discovery response that is in dispute, seeking a telephonic conference with the Court to discuss the discovery dispute. The email must include: (1) at least three proposed times mutually agreed upon by the parties for the telephonic conference; (2) a neutral statement of the dispute; and (3) one sentence describing (not arguing) each parties' position. The movant must copy opposing counsel on the email. No discovery motion may be filed until the Court has conducted its pre-motion telephonic conference, unless the movant has obtained leave of Court. **All parties are ordered to read and to fully comply with the Chambers Rules of Magistrate Judge Allison H. Goddard.**

2. The parties must disclose the identity of their respective experts in writing by **January 7, 2022**. The date for the disclosure of the identity of rebuttal experts must be on or before **February 7, 2022**. The written designations must include the name, address and

telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list must also include the normal rates the expert charges for deposition and trial testimony. **The parties must identify <u>any</u> person who may be used at trial to present evidence pursuant to Fed. R. Evid. 702, 703 and 705, respectively. This requirement is not limited to retained experts.**

     3.    On or before <u>**January 7, 2022**</u>, each party must comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. **This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony.**

     4.    Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(c) by <u>**February 7, 2022**</u>.

     5.    All expert discovery must be completed by all parties on or before <u>**March 7, 2022**</u>. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

     6.    **Please be advised that failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37 including a prohibition on the introduction of experts or other designated matters in evidence.**

     7.    All other dispositive motions, *including those addressing Daubert issues*, must be filed on or before <u>**April 18, 2022**</u>. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Motions in Limine are to be filed as directed in the Local Rules, or as otherwise set by Judge Battaglia.

     8.    Counsel must comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before <u>**July 21, 2022**</u>.

     9.    This order replaces the requirements under CivLR. 16.1.f.6.c. No Memoranda of Law or Contentions of Fact are to be filed.

10. The parties must meet and confer on or before **July 28, 2022** and prepare a proposed pretrial order in the form as set forth in Civ. L. R. 16.1.f.6. The Court encourages the parties to consult with the assigned magistrate judge to work out any problems in preparation of the proposed pretrial order. The Court will entertain any questions concerning the conduct of the trial at the pretrial conference.

11. Objections to Pre-trial disclosures must be filed no later than **August 4, 2022**.

12. The Proposed Final Pretrial Conference Order as described above must be prepared, served and lodged with the assigned district judge on or before **August 11, 2022**.

13. The final Pretrial Conference is scheduled on the calendar of the **Honorable Anthony J. Battaglia** on **August 18, 2022** at **2:00 PM**.

14. A post-trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

15. The dates and times set forth herein will not be modified except for good cause shown.

16. Dates and times for hearings on motions must be approved by the Court's clerk before notice of hearing is served.

17. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district judge. No reply memorandum will exceed ten (10) pages without leave of a district judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

**IT IS SO ORDERED.**

Dated: June 3, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge