**ROSENBERG, SHPALL & ZEIGEN, APLC**
David Rosenberg (SBN# 99105)
rsalaw@yahoo.com
Annette Farnaes (SBN# 128701)
afrsalaw@yahoo.com
750 B Street, Suite 3210
San Diego, California 92101
Phone: (619) 232-1826
Fax:   (619) 232-1859

**FARNAES & LUCIO, APC**
Malte L.L. Farnaes (SBN 222608)
malte@farnaeslaw.com
Christina M. Lucio (SBN 253677)
clucio@farnaeslaw.com
2235 Encinitas Blvd., Suite 210
Encinitas, California 92024
Telephone: (760) 942-9431

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; ANDRE P. LALLANDE, D.O., an individual; SCOTT SESSIONS, M.D., an individual; RITA ALEXANDER, an individual; and Does 1-100,<br><br>Defendants. | Case No.  3:16-cv-02816-AJB-AHG<br><br>Judge: Hon. Anthony J. Battaglia<br><br>**STEMGENEX DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL; AND**<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**<br><br>Hearing:<br>Courtroom:        4A<br>Hearing Date:   December 2, 2021<br>Hearing Time:   2:00 p.m. |

TO THE COURT and to all Parties and their Counsel of record:

PLEASE TAKE NOTICE that Defendants STEMGENEX MEDICAL GROUP, INC., a California Corporation; STEMGENEX, INC., a California Corporation; STEM CELL RESEARCH CENTRE, INC., a California Corporation; and RITA ALEXANDER, an individual (collectively "StemGenex Defendants") do not oppose Plaintiffs' Motion for Preliminary Approval of Class Action Settlement as filed by Plaintiffs on September 24, 2021 and set to be heard on December 2, 2021 at 2:00 PM in Courtroom 4A of the above entitled Court. [DKT No. 206].

PLEASE ALSO TAKE NOTICE that the StemGenex Defendants have complied with the requirements of 28 U.S.C. §1715 by causing notice of the class action settlement and pending court approval to be served on the Untied States Attorney General and the attorneys general for each of the states, the District of Columbia, and Puerto Rico.  The details of such notice are set forth in the accompanying Declaration of Mark Cowen, attached hereto as **Exhibit A.**

Dated: October 12, 2021

ROSENBERG, SHPALL & ZEIGEN
A Professional Legal Corporation

By: /Annette Farnaes/
Annette Farnaes
Attorney for Defendants

FARNAES & LUCIO,
A Professional Corporation

By: /Malte L. L. Farnaes/
Malte L. L. Farnaes
Attorney for Defendants

1

Case No.  3:16-cv-02816-AJB-NLS
DEFENDANTS' NOTICE OF NON-OPPOSIITON,
AND OF COMPLAINCE WITH  28 U.S.C. $1715