Re: *Moorer v. Stemgenex Medical Group, Inc. et al*
Case No. 3:16-cv-02816-AJB-NLS

# Exhibit A

**STEMGENEX DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL; AND NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MOORER, individually and on behalf of other persons similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>STEMGENEX MEDICAL GROUP, INC., a California corporation; et al.<br><br>　　　　　　　　Defendants. | Case No. Case No.: 3:16-cv-02816-AJB-AHG |

## DECLARATION OF MARK COWEN
## REGARDING COMPLIANCE WITH 28 U.S.C. § 1715

I, Mark Cowen, declare as follows:

1. I am a Project Manager at A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration at the request of Defendants' counsel in connection with the preparation and mailing of the Class Action Fairness Act ("CAFA") notice as required by 28 U.S.C. § 1715, in relation to *Moorer v. StemGenex Medical Group, Inc., Case No.: 3:16-cv-02816-AJB-AHG*, pending in the United States District Court, for the Southern District of California.

3. On September 24, 2021, counsel for the named plaintiffs in the above-captioned matter filed a motion for preliminary approval of the parties' proposed class action settlement.

[1]

[2]

4. At the direction of Defendants' counsel, A.B. Data prepared CAFA notice packets for delivery to the United States Attorney General and the attorneys general for each of the states, the District of Columbia, and Puerto Rico (collectively, the "CAFA Notice Packets"). Each CAFA Notice Packet included a notice letter based on a standard set of letter templates, true and correct copies of which are attached as Exhibit 1. A compact disc (CD) was enclosed with each CAFA Notice Packet containing copies of the documents described in the notice letter.

5. On October 4, 2021, A.B. Data prepared and mailed the CAFA Notice Packets via First-Class Mail, postage prepaid, to the attorneys general and entities identified in Exhibit 2 at the mailing addresses specified in the Exhibit.

6. The mailing of the CAFA Notice Packets occurred "not later than 10 days after [the] proposed settlement" was filed with the Court. 28 U.S.C. § 1715(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of October 2021.

_____
Mark Cowen
Project Manager, A.B. Data, Ltd.

# EXHIBIT 1



**A.B. DATA, LTD.**
Class Action Administration

October 4, 2021

Office of the Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20520-00001

Additional recipients identified in Exhibit A hereto

    Re:    Case No. 3:16-cv-02816-AJB-AHG;
              *Moorer v. Stemgenex Medical Group, Inc., et al.*;
              in the United States District Court – Southern District of California

Dear Sir or Madam:

A.B. Data, Ltd., class action administrator, on behalf of Stemgenex Medical Group, Inc., Stemgenex, Inc., Stem Cell Research Centre, Inc., and Rita Alexander, the Defendants in the above-referenced action, hereby provides the following notice pursuant to Section 1715 of the Class Action Fairness Act (28 U.S.C. § 1715). The following are the items of information called for in Section 1715(b).

1. Enclosed herewith is a CD-ROM containing the complaint and all materials filed in conjunction therewith in .pdf format.

2. A hearing at which the court will consider the settlement is currently scheduled for December 2, 2021, before the Honorable Anthony J. Battaglia, in courtroom 4A of the U.S. District Court – Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101.

3. The draft Notice to Class Members (the "Notice") filed with the court on September 24, 2021, is attached as Exhibit 2 to the Motion for Preliminary Approval, and is also enclosed herewith on CD-ROM.

4. The proposed settlement agreement in this matter is also enclosed.

5. There is not yet any final judgment or notice of dismissal.

6. **Location of Class Members and Proportionate Share of Claims:** CAFA requires a Defendant, "if feasible," to provide "the names of class members who reside in each

State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide "a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. §1715(b)(7)(A)-(B). Here, the class is known to comprise of 1,063 individuals. A table of the 1,063 class members sorted by State of residence is enclosed as Enclosure 9, including a reasonable estimate of the proportionate share of claims of class members residing in each State to the entire settlement.

7. No written judicial opinions are currently on record with respect to the materials described under Paragraphs 3 through 6 herein.

8. **Documents and Notices Enclosed:**

<u>Complaint and any materials filed with the complaint and any amended complaints – 28 U.S.C. § 1715(b)(1)</u>
- Enclosure 1: Class Action Complaint
- Enclosure 2: First Amended Class Action Complaint
- Enclosure 3: Second Amended Class Action Complaint, with exhibit (Doc. 24)
- Enclosure 4: Third Amended Class Action Complaint, with exhibit (Doc. 40)
- Enclosure 5: Fourth Amended Class Action Complaint, with exhibit (Doc. 43)

<u>Notice of any scheduled judicial hearing in the class action - 28 U.S.C. § 1715(b)(2)</u>
- Enclosure 6: September 27, 2021 Minute Order Setting Briefing Schedule (Doc. 207)

<u>Proposed or final notification to class members of the right to request exclusion - 28 U.S.C. § 1715(b)(3)</u>
- Enclosure 7: Proposed Notice of Settlement of Entire Certified Class Action (Doc. 206-5 [Exhibit 2])

<u>Proposed or final class action settlement - 28 U.S.C. § 1715(b)(4)</u>
- Enclosure 8: Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement as Between Plaintiffs-Class Members and Defendants Stemgenex Medical Group, Inc., Stemgenex, Inc., Stem Cell Research Centre, Inc., and Rita Alexander (Doc. 206), with all exhibits thereto, including:

    1. Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Preliminary Approval of Class Action Settlement as Between Plaintiffs-Class Members and Defendants Stemgenex Medical Group, Inc., Stemgenex, Inc., Stem Cell Research Centre, Inc., and Rita Alexander (Doc 206-1)

    2. Declaration of Harvey C. Berger in Support of Plaintiffs' and Motion for Preliminary Approval of Class Action Settlement as Between Plaintiffs-Class Members and Defendants Stemgenex Medical Group, Inc.,

A.B. DATA, LTD.
abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

    Stemgenex, Inc., Stem Cell Research Centre, Inc., and Rita Alexander (206-2)

3. Declaration of Timothy G. Williams in Support of Plaintiffs' and Motion for Preliminary Approval of Class Action Settlement as Between Plaintiffs-Class Members and Defendants Stemgenex Medical Group, Inc., Stemgenex, Inc., Stem Cell Research Centre, Inc., and Rita Alexander (206-3)

4. Declaration of Elizabeth A. Banham in Support of Plaintiffs' and Motion for Preliminary Approval of Class Action Settlement as Between Plaintiffs-Class Members and Defendants Stemgenex Medical Group, Inc., Stemgenex, Inc., Stem Cell Research Centre, Inc., and Rita Alexander (206-4)

5. Plaintiffs' Exhibits in Support of their Motion for Preliminary Approval of Class Action Settlement as Between Plaintiffs-Class Members and Defendants Stemgenex Medical Group, Inc., Stemgenex, Inc., Stem Cell Research Centre, Inc., and Rita Alexander (206-5)

6. Certificate of Service (206-6)

<u>Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants – 28 U.S.C. § 1715(b)(5)</u>
- None

<u>Any final judgment or notice of dismissal – 28 U.S.C. § 1715(b)(6)</u>
- None

<u>The names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement – 28 U.S.C. § 1715(b)(7)</u>
- Enclosure 9: Class List by state with estimated proportionate share.

<u>Any written judicial opinion relating to the materials described under paragraphs (3) through (6) – 28 U.S.C. § 1715(b)(8)</u>
- Enclosure 10: Order Granting Plaintiffs' Motion for Class Certification and Denying Defendants' Motions to Strike (Doc. 134)
- Enclosure 11: United States Court of Appeals for the Ninth Circuit Memorandum
- Enclosure 12: Amended Order Granting Plaintiffs' Motion for Class Certification and Denying Defendants' Motions to Strike (Doc. 183)
- Enclosure 13: Settlement Agreement of Class Action Claims Between the Class and the Stemgenex Defendants (Doc. 206-5 [Exhibit 1])
- *See also* Enclosure 7

    Sincerely,



A.B. Data, Ltd.
Class action administrator on behalf of Defendant

Enclosures
bcc:  Malte L. L. Farnaes, Esq. (malte@farnaeslaw.com); David Rosenberg, Esq. (drosenberg@rszlaw.net); Annette Farnaes, Esq. (rsalaw@yahoo.com ; afrsalaw@yahoo.com)

## EXHIBIT A

| | |
|---|---|
| Office of the Alabama Attorney General | Office of the Puerto Rico Attorney General |
| Office of the Alaska Attorney General | |
| Office of the Arizona Attorney General | |
| Office of the Arkansas Attorney General | |
| Office of the California Attorney General | |
| Office of the Colorado Attorney General | |
| Office of the Connecticut Attorney General | |
| Office of the Delaware Attorney General | |
| Office of the District of Columbia Attorney General | |
| Office of the Florida Attorney General | |
| Office of the Georgia Attorney General | |
| Office of the Hawaii Attorney General | |
| Office of the Idaho Attorney General | |
| Office of the Illinois Attorney General | |
| Office of the Indiana Attorney General | |
| Office of the Iowa Attorney General | |
| Office of the Kansas Attorney General | |
| Office of the Kentucky Attorney General | |
| Office of the Louisiana Attorney General | |
| Office of the Maine Attorney General | |
| Office of the Maryland Attorney General | |
| Office of the Massachusetts Attorney General | |
| Office of the Michigan Attorney General | |
| Office of the Minnesota Attorney General | |
| Office of the Mississippi Attorney General | |
| Office of the Missouri Attorney General | |
| Office of the Montana Attorney General | |
| Office of the Nebraska Attorney General | |
| Office of the Nevada Attorney General | |
| Office of the New Hampshire Attorney General | |
| Office of the New Jersey Attorney General | |
| Office of the New Mexico Attorney General | |
| Office of the New York Attorney General | |
| Office of the North Carolina Attorney General | |
| Office of the North Dakota Attorney General | |
| Office of the Ohio Attorney General | |
| Office of the Oklahoma Attorney General | |
| Office of the Oregon Attorney General | |
| Office of the Pennsylvania Attorney General | |
| Office of the Rhode Island Attorney General | |
| Office of the South Carolina Attorney General | |
| Office of the South Dakota Attorney General | |
| Office of the Tennessee Attorney General | |
| Office of the Texas Attorney General | |
| Office of the Utah Attorney General | |
| Office of the Vermont Attorney General | |
| Office of the Virginia Attorney General | |
| Office of the Washington Attorney General | |
| Office of the West Virginia Attorney General | |
| Office of the Wisconsin Attorney General | |
| Office of the Wyoming Attorney General | |

# EXHIBIT 2

| | Name | Address | City | State | ZIP |
|---|---|---|---|---|---|
| Office of the Attorney General | Clyde "Ed" Sniffen, Jr. | P.O. Box 110300 | Juneau | AK | 99811-0300 |
| Office of the Attorney General | Steve Marshall | 501 Washington Avenue | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Rutledge | 323 Center Street, Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N. Central Avenue | Phoenix | AZ | 85004-2926 |
| Office of the Attorney General | CAFA Coordinator/Consumer Protection Section | 455 Golden Gate Avenue, Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph J. Carr Judicial Building<br>1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Avenue | Hartford | CT | 06106 |
| Office of the Attorney General | Kathy Jennings | Delaware Department of Justice<br>Carvel State Building<br>820 N. French Street | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | The Capitol PL-01 | Tallahassee | FL | 32399-1050 |
| Office of the Attorney General | General Chris Carr | 40 Capitol Square, SW | Atlanta | GA | 30334 |
| Office of the Attorney General | Clare E. Connors | 425 Queen Street | Honolulu | HI | 96813 |
| Office of the Attorney General | Lawrence Wesden | 700 W. Jefferson Street<br>P.O. Box 83720 | Boise | ID | 83720-0010 |
| Office of the Attorney General | Kwame Raoul | 100 West Randolph Street | Chicago | IL | 60601 |
| Office of the Attorney General | Curtis T. Hill, Jr. | Indiana Government Center South<br>302 W. Washington Street<br>5th Floor | Indianapolis | IN | 46204 |
| Office of the Attorney General | Tom Miller | Hoover State Office Building<br>1305 E. Walnut Street | Des Moines | IA | 50319 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Avenue, 2nd Floor | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue, Suite 118 | Frankfort | KY | 40601-3449 |
| Office of the Attorney General | Jeff Landry | P.O. Box 94005 | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | Augusta | ME | 04333 |
| Office of the Attorney General | Brian E. Frosh | 200 St. Paul Place | Baltimore | MD | 21202 |
| Office of the Attorney General | Maura Healy | 1 Ashburton Place | Boston | MA | 02108 |
| Office of the Attorney General | Dana Nessel | G. Mennen Williams Building<br>525 W. Ottawa Street | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | P.O. Box 30212<br>445 Minnesota St, Suite 1400 | St. Paul | MN | 55101 |
| Office of the Attorney General | Lynn Fitch | P.O. Box 220 | Jackson | MS | 39205 |
| Office of the Attorney General | Eric Schmitt | Supreme Court Building<br>207 W. High Street<br>P.O. Box 899 | Jefferson City | MO | 65102 |
| Office of the Attorney General | Tim Fox | 215 N. Sanders Street | Helena | MT | 59601 |
| Office of the Attorney General | Doug Peterson | 2115 State Capital<br>P.O. Box  98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | Aaron Ford | 100 North Carson Street | Carson City | NV | 89701 |
| Office of the Attorney General | Gordon MacDonald | 33 Capitol Street | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S. Grewal | RJ Hughes Justice Complex<br>25 Market Street<br>Box 080 | Trenton | NJ | 08625-0080 |
| Office of the Attorney General | Hector Balderas | Villagra Building<br>408 Galisteo Street | Santa Fe | NM | 87501 |
| Office of the Attorney General | Letitia James | The Capitol | Albany | NY | 12224-0341 |
| Office of the Attorney General | Josh Stein | 9001 Mail Service Center | Raleigh | NC | 27699-9001 |
| Office of the Attorney General | Wayne Stenehjem | 600 E. Boulevard Avenue, Dept. 125 | Bismarck | ND | 58505 |
| Office of the Attorney General | Dave Yost | 30 E. Broad Street, 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st Street | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen Rosenblum | 1162 Court Street NE | Salem | OR | 97301-4096 |
| Office of the Attorney General | Josh Shapiro | Strawberry Square | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Neronha | 150 South Main Street | Providence | RI | 02930 |
| Office of the Attorney General | Jason R. Ravnsborg | 1302 E Highway 14, Suite 1 | Pierre | S.D. | 57501-8501 |
| Office of the Attorney General | Alan Wilson | P.O. Box 11549 | Columbia | S.C. | 29211 |
| Office of the Attorney General | Herbert H. Slatery III | P.O. Box 20207 | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Office of the Attorney General | Sean D. Reyes | P.O. Box 142320 | Salt Lake City | UT | 84114-2320 |
| Office of the Attorney General | TJ Donovan | 109 State Street | Montpelier | VT | 05609 |
| Office of the Attorney General | Mark R. Bherring | 202 North Ninth Street | Richmond | VA | 23219 |
| Office of the Attorney General | Bob Ferguson | 1125 Washington Street. SE<br>P.O. Box 40100 | Olympia | WA | 98504 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex<br>Bldg. 1, Room E-26 | Charleston | WV | 25305 |
| Office of the Attorney General | Josh Kaul | P.O. Box 7857 | Madison | WI | 53707-7857 |
| Office of the Attorney General | Mark Gordon | 2320 Capitol Avenue | Cheyenne | WY | 82002 |
| Offce of the Attorney General-District of Columbia | Karl A. Racine | 400 6th Street NW | Washington | D.C. | 20001 |
| Office of the Attorney General of the United Staes | Merrick Garland | U.S. Department of Justice<br>950 Pennsylvania Avenue NW | Washington | D.C. | 20530-0001 |
| Office of the Attorney General of the United States | W. Stephen Muldrow | Torre Chardon, Suite 1201<br>350 Carlos Chardon Street | San Juan | P.R. | 00918 |